—election.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

In the Matter of PHILIP WEINFELD, an Attorney.—Order of suspension entered pursuant to section 90 (subd 4, par f) of the Judiciary Law. Present—Cardamone, J. P., Simons, Hancock, Jr., Schnepp and Witmer, JJ. (Order entered Dec. 14, 1979.)